JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

BENITO BAUTISTA

    *Plaintiff,*

vs.

TSW I, LLC

    *Defendant*

Case No. 2:17-CV- 01678-MWF (JCx)
Judge Michael W. Fitzgerald

**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(a)]**

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under federal Rule of Civil Procedure 41(a)(1) (ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated October 18, 2017

_____
Honorable Michael W. Fitzgerald
United Stated District Court Judge